IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE LAWSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1193 |
| | : | |
| SCI PHOENIX'S GINA CLARK, et al. | : | |

**ORDER**

AND NOW, this 15th day of February, 2023, upon consideration of Defendants Gina Clark, Mandy Sipple, Pamela Sellers, and Suzette Keys' Motion to Dismiss the Amended Complaint (Document 4), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

It is further ORDERED Plaintiff Tyree Lawson's Motion for 30-Day Extension of Time to Respond (Document 6) is DISMISSED as moot.

Upon consideration of Lawson's Motion for Leave to File Amended Complaint (Document 7), it is ORDERED the Motion is GRANTED in part and DENIED in part as follows: Lawson is given leave to amend, but the document attached as the proposed First Amended Complaint is STRICKEN. Should Lawson wish to proceed with this case, he shall file an Amended Complaint without seeking to incorporate any new claims.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.