IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE LAWSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1193 |
| | : | |
| SCI PHOENIX'S GINA CLARK, et al. | : | |

## ORDER

AND NOW, this 12th day of October, 2023, upon consideration of Defendants Gina Clark, Mandy Sipple, Pamella Sellers, and Suzette Keys' Motion to Dismiss (Document 27) and pro se Plaintiff Tyree Lawson's Memorandum of Law in Support of Plaintiff's Opposition, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED the Motion is GRANTED with prejudice.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.